# United States Court of Appeals
## For the First Circuit

No. 05-2877

DIANE DENMARK,

Plaintiff, Appellant,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND THE GENRAD, INC.
LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR
FIDUCIARY,

Defendants, Appellees.

ERRATA SHEET

The opinion of this court issued on March 28, 2007 is amended
as follows:

On page 11, line 13, "December 12, 2001" should be
"December 11, 2001"

On page 24, line 5, "Denmark" should be "Liberty"

On page 40, lines 4 and 5, "on July 11" should be "in June
2002"